**Robert FLIEGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74365.

Missouri Court of Appeals, Eastern District, Division Four.

March 9, 1999.

S. Paige Canfield, St. Louis, for appellant.

Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

1. Respondents' motion to dismiss appeal is denied.

ORDER

PER CURIAM.

Appellant, Robert Flieger ("movant"), appeals the judgment of the Circuit Court of St. Louis City denying his motion for post-conviction relief pursuant to RSMo section 547.360 (Cum.Supp.1997). In his prior appeal, *State v. Flieger*, 776 S.W.2d 25 (Mo. App. E.D.1989), we affirmed movant's conviction and denial of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous and no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).